**FILED**

At 9 14 O'clock AM

JUN 24 2023

Clerk District Court Brown Co. TX

_____ Deputy

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 35th JUDICIAL DISTRICT Brown |
| | § | |
| MIKENZIE RENEE RODRIGUEZ | § | BROWN COUNTY, TEXAS |

## MOTION TO SUPPRESS AND REQUEST FOR HEARING

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Mikenzie Renee Rodriguez, Defendant, and files this Motion to Suppress and shows the following:

1.    Defendant has been charged with the offense of possession of a controlled substance.

2.    The actions of the Howard-Payne University Police Department (Campus Police) and the City of Brownwood Police Department violated the constitutional and statutory rights of the Defendant under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Article I, Section 9 of the Texas Constitution, and under Article 38.23 of the Texas Code of Criminal Procedure.

3.    Mikenzie Renee Rodriguez's property and residence (domicile) were searched and she was arrested without lawful warrant, probable cause or other lawful authority in violation of the rights of Mikenzie Renee Rodriguez pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Article I, Sections 9, 10 and 19 of the Constitution of the State of Texas.

4.    Any statements obtained from Mikenzie Renee Rodriguez were obtained in violation of Article 38.22 of the Texas Code of Criminal Procedure and in violation of the rights of Mikenzie Renee Rodriguez pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments

to the United States Constitution, Article I, Sections 9, 10 and 19 of the Constitution of the State of Texas.

5.    Any tangible evidence seized in connection with this case, including but not limited to two (2) tablets of alleged MDMA or Ecstacy (one white and one blue tablet), one (1) small plastic bag that contains alleged marijuana, one (1) sock, one (1) glass or ceramic smoking pipe, and one (1) match box, was seized without warrant, probable cause or other lawful authority in violation of the rights of Mikenzie Renee Rodriguez pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Article I, Sections 9, 10 and 19 of the Constitution of the State of Texas.

6.    Therefore, Defendant requests that the following matters be suppressed at trial of this cause:

a.    Any and all tangible evidence seized by law enforcement officers or others in connection with the search, detention and arrest of Mikenzie Renee Rodriguez, her property or her residence (domicile) in this case or in connection with the investigation of this case, including but not limited to two (2) tablets of alleged MDMA or Ecstacy (one white and one blue tablet), one (1) small plastic bag that contains alleged marijuana, one (1) sock, one (1) glass or ceramic smoking pipe, and one (1) match box, and any testimony by the Howard-Payne University Police Department (Campus Police) and the City of Brownwood Police Department or any other law enforcement officers or others concerning such evidence.

b.    The arrest of Mikenzie Renee Rodriguez at the time and place in question and any and all evidence which relates to the arrest, and any testimony by the Howard-Payne University Police Department (Campus Police) and the City of

Brownwood Police Department or any other law enforcement officers or others concerning any action of Mikenzie Renee Rodriguez while in detention or under arrest in connection with this case.

c.    All written and oral statements made by Mikenzie Renee Rodriguez to any law enforcement officers or others in connection with this case, and any testimony by the Howard-Payne University Police Department (Campus Police) and the City of Brownwood POlice Department or any other law enforcement officers or others concerning any such statements.

d.    Any other matters that the Court finds should be suppressed upon hearing of this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court suppress such matters at trial of this cause, and for such other and further relief in connection therewith that is proper.

Respectfully submitted,

By:_____

Sharon Diaz
State Bar No. 2405005
Matthew G. Wright
State Bar No. 24049956
Attorney for Mikenzie Renee Rodriguez
315 North 2nd Street
Rosebud, Texas 76570
Tel: (469)-556-4884
Fax: (817) 887-4676

## CERTIFICATE OF SERVICE

This is to certify that on June 24, 2013, a true and correct copy of the above and foregoing document was served on the District Attorney, Brown County, City of Brownwood, Texas, in person.

_____
Sharon Diaz

NO. CR22-398

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF BROWN COUNTY, TEXAS |
| | § | |
| MIKENZIE RENEE RODRIGUEZ | § | 35TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS

On the 26th day of August, 2013, a hearing was held on the Defendant's Motion to Suppress and the Court took the matter under advisement. After due consideration, the Court is of the opinion that the Motion should be GRANTED and it is so ORDERED.

Signed on this the **30** day of August, 2013.

STEPHEN ELLIS
Judge Presiding

**FILED**

At 2:21 O'clock P M

AUG 3 0 2013

Jean Brown
Clerk District Court Brown Co. TX
By _____ alb _____ Deputy

cc:     Micheal Murray, District Attorney
        Sharon Diaz, Attorney for Defendant
        Matthew Wright, Attorney for Defendant